UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | |
| | : | Criminal No. 09-814 (JLL) |
| | : | |
| ENRIQUE DONE | : | |
| | : | CONTINUANCE ORDER |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant ENRIQUE DONE (Roy Greenman, Esq., appearing) and good cause having been shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant is scheduled for trial on a related case before this court, Crim. No. 09-601, on November 1, 2011; and

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of July, 2011 ORDERED that:

the trial date in this matter is continued until January 16, 2012, and that the period of time from June 24, 2011 (the trial date from the previous continuance order) through January 16, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1.   Defendants shall file pretrial motions on or before **December 1, 2011;**

2.   The Government shall respond to such motions on or before **December 15, 2011;**

3.   The return date for pretrial motions shall be **January 4, 2012;** and

4.   Trial shall commence on **January 16, 2012** at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge